# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2025
Lyle W. Cayce
Clerk

No. 25-50661

_____

NATIONAL INFUSION CENTER ASSOCIATION, *on behalf of itself and its members*; GLOBAL COLON CANCER ASSOCIATION, *on behalf of itself and its members*; PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, *on behalf of itself and its members*,

*Plaintiffs—Appellants*,

*versus*

ROBERT F. KENNEDY, JR., *Secretary, U.S. Department of Health and Human Services, In his Official Capacity*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, *Administrator of* THE CENTERS FOR MEDICARE and MEDICAID SERVICES, *In his Official Capacity*; CENTERS FOR MEDICARE AND MEDICAID SERVICES,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-707

_____

UNPUBLISHED ORDER

Before STEWART, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants' motion to expedite the appeal is GRANTED.