# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 04, 2025

    No. 25-50661    Natl Infusion Center v. Kennedy  
                        USDC No. 1:23-CV-707

Dear Counsel,

The above referenced case has been scheduled for oral argument on 10/07/2025. It will be held in New Orleans - East Courtroom at 9:00. The Oral Argument session number is 11.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than 09/17/2025.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at https://www.ca5.uscourts.gov/appearanceform. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case
should be directed to the assigned courtroom deputy, Charles
Whitney at 504-310-7679.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                        By:_____
                        Charles B. Whitney, Calendar Clerk
                        504-310-7679

cc:
    Mr. Maxwell A. Baldi
    Mr. Timothy A. Cleveland
    Mr. John Patrick Elwood
    Mr. Jeffrey Handwerker
    Mr. Allon Kedem
    Mr. Michael Strauss Kolber
    Mr. Austin Krist
    Mr. William Perdue
    Mr. Stephen Michael Pezzi
    Ms. Allissa Aileen Rose Pollard