# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 29, 2025

Mr. Maxwell A. Baldi
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. John Patrick Elwood
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743

　　No. 25-50661    Natl Infusion Center v. Kennedy
　　　　　　　　　USDC No. 1:23-CV-707

Dear Counsel,

In the event of a government shutdown, the United States Court
of Appeals for the Fifth Circuit will continue case processing
operations. All cases currently calendared for oral argument
will go forward as scheduled. Please contact me at the number
below if you need additional information.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　By: _____
　　　　　　　　　　　Charles B. Whitney, Deputy Clerk
　　　　　　　　　　　504-310-7679

cc:
　　Ms. Maria Amelia Calaf
　　Mr. Timothy A. Cleveland
　　Mr. Philip Devlin
　　Ms. Margaret Dotzel
　　Mr. Jeffrey Handwerker
　　Ms. Alyssa Howard
　　Mr. Nandan M. Joshi

Mr. Allon Kedem
Mr. Michael Strauss Kolber
Mr. Austin Krist
Mr. Michael Dallas Lieberman
Mr. William Perdue
Mr. Stephen Michael Pezzi
Ms. Allissa Aileen Rose Pollard
Mr. William B. Schultz