

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Ave. NW, Rm. 7513
Washington, DC 20530

---

Maxwell A. Baldi                                                                    (202) 532-0211
maxwellbaldi@usdoj.gov


May 18, 2026


<u>VIA CM/ECF</u>
Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130


Re: *National Infusion Center Ass'n v. Kennedy*, No. 25-50661


Dear Mr. Cayce:

Pursuant to Federal Rule of Appellate Procedure 28(j), we write to notify the Court of recent developments in parallel litigation.

Many drug manufacturers raised constitutional challenges to the Medicare Drug Price Negotiation Program; every court to reach the merits of those challenges has rejected them. On May 18, 2026, the Supreme Court denied six petitions for writs of certiorari asking the Court to take up those challenges. *See AstraZeneca Pharms. LP v. Kennedy*, No. 25-348; *Janssen Pharms. Inc. v. Kennedy*, No. 25-749; *Bristol Myers Squibb Co. v. Kennedy*, No. 25-751; *Novo Nordisk Inc. v. Kennedy*, No. 25-761; *Boehringer Ingelheim Inc. v. HHS*, No. 25-799; and *Novartis Pharms. Corp. v. Kennedy*, No. 25-902. Each of petitions presented the same due process arguments that plaintiffs raise here with respect to manufacturers. The *NovoNordisk* petition presented the same nondelegation and separation of powers arguments as plaintiffs raise here. And the *Novartis* petition presented the same arguments for evading the Anti-Injunction Act that plaintiffs raise here.

This Court should affirm the judgment of the district court.

Respectfully submitted,

*/s/ Maxwell A. Baldi*
Maxwell A. Baldi

cc:    All counsel of record (by CM/ECF)